**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FESOLOAI T. ATAGI | § | CASE NO. 09-09302-TUC-EWH |
| GREGORY S. TRICE | § | CHAPTER 13 |
| | § | |
| | § | JUDGE EILEEN W. HOLLOWELL |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**American Home Mortgage Servicing, Inc.**
**4875 Belfort Road Suite 130**
**Jacksonville, Florida 32256**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7415-N-6544
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for American Home Mortgage Servicing, Inc.

# CERTIFICATE OF SERVICE

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before May 21, 2009:

**Debtors' Attorney**
Kathryn L Johnson
Law Office Of Kathryn L Johnson
2 E CONGRESS ST, STE 900
TUCSON, AZ 85701

**Chapter 13 Trustee**
Dianne C. Kerns
7320 North La Cholla, Suite154, Post Mail Box 413
Tucson, Arizona 85741-2305

**U.S. Trustee**
Office of the US Trustee
2301 N 1st Ave Ste 204
Phoenix, Arizona 85003

                                                /s/ Hilary B. Bonial

                                                Hilary B. Bonial

7415-N-6544
noaelect